**Electronically Filed
Supreme Court
SCWC-24-0000013
24-MAR-2025
08:00 AM
Dkt. 9 ODAC**

SCWC-24-0000013

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

RYAN C. OLSON,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000013; CASE NO. 2CPC-23-0000336)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Ryan C. Olson's Application for Writ of

Certiorari, filed on January 30, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, March 24, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

